■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AARON BOOSE, Appellant. [834 NYS2d 897]—Appeal from a judgment of the Orleans County Court (James P. Punch, J.), rendered January 23, 2006. The judgment convicted defendant,

upon his plea of guilty, of attempted criminal possession of a controlled substance in the fourth degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon a plea of guilty of attempted criminal possession of a controlled substance in the fourth degree (Penal Law §§ 110.00, 220.09 [1]). Contrary to the contention of defendant, his general waiver of the right to appeal encompasses his challenge to County Court's suppression ruling (*see People v Kemp*, 94 NY2d 831, 833 [1999]; *People v Martinez-Diaz*, 30 AD3d 1104 [2006], *lv denied* 7 NY3d 814 [2006]). Present—Hurlbutt, J.P., Martoche, Smith, Fahey and Green, JJ.